No. 86–1773. CRONSON, AUDITOR GENERAL OF ILLINOIS *v.* MADDEN, ACTING DIRECTOR, ADMINISTRATIVE OFFICE OF THE ILLINOIS COURTS. Sup. Ct. Ill. Certiorari denied.

No. 86–1782. BLACK HILLS POWER & LIGHT CO. ET AL. *v.* WEINBERGER, SECRETARY OF DEFENSE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–1783. COLAHAN, DBA IBA OF OHIO, ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–1784. COHL ET AL. *v.* UNITED STATES; and
No. 86–1785. COHL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–1788. TELEGRAPH SAVINGS & LOAN ASSN. ET AL. *v.* FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1791. WARD *v.* SENTRY TITLE CO., INC. C. A. 5th Cir. Certiorari denied.

No. 86–1793. BONNER *v.* FORD, DEPUTY SHERIFF OF DALE COUNTY, ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–1794. MBANK CORPUS CHRISTI, N. A. *v.* DAVILA ET AL. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 86–1804. TRAVIS ET AL. *v.* TEXAS ET AL. Sup. Ct. Tex. Certiorari denied.

No. 86–1805. OLSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 86–1806. R. D. RYNO INDUSTRIES, INC., DBA R. D. RYNO MAZDA *v.* MAZDA DISTRIBUTORS (GULF), INC., ET AL. C. A. 5th Cir. Certiorari denied.